**United States Bankruptcy Court**
**Northern District of Georgia**

**Request for Change of Address**

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

2015 JAN 14  PM 2: 10

M. REGINA THOMAS
CLERK
BY_____ DEPUTY CLERK

Case Name: _____

Case No.: **14-74619** Judge: _____ Chapter: _____

**Change of Address for:**
Debtor___ Creditor ___ Attorney for Debtor___ Attorney for Creditor___

**Change for:**
Notices ONLY___ Payments ONLY___ Notices and Payments___

EFFECTIVE DATE OF CHANGE: ___1/7/15___

Name: _MARIA  S.  HAWLEY_
(Please Print)

Prior Address: _3900 HEDLINE BUSBEE PKWY NW_
_APT 205_
_KENNESAW GA 30144_

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

New Address: _3240 CITATION AVE NW_
_KENNESAW GA 30144_

Change of Address Was Furnished By:  Debtor_X_ Creditor_____ Attorney_____

Date: _1/8/15_       Signature of Filer: _____
                     Telephone Number: _(801) 678 2873_

| **IF FILED BY ATTORNEY** |
| --- |

Attorney Name: _____
(Please Print)

Bar ID: _____
Address: _____
_____
_____

Revised August 2012